UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MYSTIQUE ENTERPRISES LTD., dba PSBILL,<br><br>Defendant. | NO. CR12-0251TSZ-2<br><br>**ORDER TO DISMISS INDICTMENT** |

THIS matter comes before the Court on plaintiff's motion, docket no. 54, to dismiss the criminal indictment, number CR12-0251TSZ-002 against Mystique Enterprises, Ltd., dba PSBILL. Having reviewed all papers filed in support of the motion, the Court GRANTS plaintiff's motion.

DATED this 13th day of June, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

*/s/ Norman M. Barbosa*
NORMAN M. BARBOSA
Assistant United States Attorney

ORDER TO DISMISS INDICTMENT/Mystique Enterprises - 1
CR12-0271TSZ-2